# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Joseph Embry Harrell**
  Debtor

Case No.:  09–30301–SDB
Judge:  Susan D. Barrett

Chapter:  7

## *FINAL DECREE*

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

***IT IS ORDERED THAT:***

☑ Todd Boudreaux is discharged as trustee of the estate of the above–named debtor and the bond is canceled; and

☑ The chapter 7 case of the above debtor is closed; and

☐ Other provisions:

Susan D. Barrett,
United States Bankruptcy Judge
PO Box 1487
Augusta, GA 30903

Dated: January 14, 2010

B271 [Rev. 06/05] **AK**